UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Ailion, individually and on behalf of a class of all others similarly situated,<br><br>             Plaintiff,<br>v.<br><br>Healthcare Solutions Team, LLC,<br><br>             Defendant. | Case No. 24-mc-00017-DJF<br><br>*(Underlying Action: Ailion v. Healthcare Solutions Team, LLC,* No. 1:21-cv-06231 (N.D. Ill.)).<br><br>**STIPULATION** |

Non-Party UnitedHealth Group Incorporated ("UHG") and Adam Ailion, by and through their respective counsel, jointly stipulate and agree as follows regarding UHG's Motion to Quash and/or for Protective Order (the "Motion") a subpoena issued in the action captioned *Ailion v. Healthcare Solutions Team, LLC,* No. 1:21-cv-06231 (N.D. Ill.) (the "Illinois Action"):

    1. Pursuant to Fed. R. Civ. P. 45(f), UHG and Ailion consent to transfer the Motion to the United States District Court for the Northern District of Illinois, the court in the Illinois Action, from which the subpoena was issued;

    2. Because the Motion relates to the Illinois Action, UHG and Ailion agree and request that, upon transfer to the United States District Court for the Northern District of Illinois, this action be assigned to District Judge LaShonda A. Hunt and Magistrate Judge Jeannice W. Appenteng, the judges presiding in the Illinois Action; and

    3. To the extent necessary, this Stipulation shall serve as UHG's and Ailion's agreement and non-opposition to any motion to reassign or consolidate any miscellaneous

action regarding the Motion to District Judge Hunt and Magistrate Judge Appenteng.

Dated: May 10, 2024　　　　　　　　　　　　Stipulated to and respectfully submitted,

By:  /s/ Roy Taub (w/ consent)　　　　　　By:  /s/ Alexander Burke (with consent)
   Jaime Stilson　　　　　　　　　　　　　　　Mark L. Heaney (MN #333219)
   Dorsey & Whitney LLP　　　　　　　　　　HEANEY LAW FIRM, LLC
   50 S. 6th St., Suite 1500　　　　　　　　　601 Carlson Parkway, Suite 1050
   Minneapolis, MN 55402-1498　　　　　　Minnetonka, MN 55305
   Telephone: (612) 492-6746　　　　　　　Telephone: (952) 933-9655
   stilson.jaime@dorsey.com　　　　　　　　Facsimile: (952) 544-1308
　　　　　　　　　　　　　　　　　　　　　　mark@heaneylaw.com
   Jeffrey A. Backman
   Roy Taub　　　　　　　　　　　　　　　　Alexander H. Burke
   Greenspoon Marder LLP　　　　　　　　　(admitted *pro hac vice*)
   200 E. Broward Blvd., Suite 1800　　　　Daniel J. Marovitch
   Fort Lauderdale, FL 33301　　　　　　　(admitted *pro hac vice*)
   Telephone: (954) 491-1120　　　　　　　BURKE LAW OFFICES, LLC
   jeffrey.backman@gmlaw.com　　　　　　909 Davis St., Suite 500
   roy.taub@gmlaw.com　　　　　　　　　　Evanston, IL 60201
　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 729-5288
   *Counsel for Non-Party*　　　　　　　　　aburke@burkelawllc.com
   *UnitedHealth Group Incorporated*　　　　dmarovitch@burkelawllc.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*Adam Ailion*

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I caused the foregoing to be filed with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Roy Taub