UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adam Ailion, | Case No. 24-mc-17 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Health Care Solutions Team, LLC | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation to transfer this action to the United States District Court for the Northern District of Illinois. (ECF No. 38.) This action arises from Movant UnitedHealth Group Incorporated's ("UHG") Motion to Quash and/or for Protective Order (ECF No. 1), which UHG filed in connection with a third-party subpoena issued to UHG in *Ailion v. Healthcare Solutions Team, LLC*, 1:21-cv-6231 (N.D. Ill) ("Illinois Action"). The parties agree that this case should be transferred to the district where that action is pending and request that it be assigned to District Judge LaShonda A. Hunt and Magistrate Judge Jeannice W. Appenteng, the judges presiding over the Illinois Action. Finding good cause, based on the parties' agreement, and pursuant to Federal Rule of Civil Procedure 45(f), the Stipulation is **APPROVED**.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of the Court is directed to transfer this action to the United States District Court for the Northern District of Illinois to be handled in conjunction with *Ailion v. Healthcare Solutions Team, LLC*, 1:21-cv-6231 (N.D. Ill).

1

Dated: May 13, 2024                              *s/ Dulce J. Foster*
                                                 Dulce J. Foster
                                                 United States Magistrate Judge